Kate Mueting (D.C. Bar No. 988177)*
Shannon Henris (D.C. Bar No. 90017882)*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com
shenris@sanfordheisler.com

Charles Field (CA Bar No. 189817)
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
cfield@sanfordheisler.com

Kristi Stahnke McGregor (GA Bar No. 674012)*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

Susannah R. Cohen (NY Bar No. 6048102)*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
17 State Street, 37th Floor
New York, NY 10004
Telephone: (646) 402-5646
scohen@sanfordheisler.com

*Attorneys for Plaintiffs Diana Ye and Brian Kurtz,
on behalf of themselves and all others similarly situated*

*Admitted Pro Hac Vice

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTHERN CALIFORNIA**

| | |
|---|---|
| DIANA YE and BRIAN KURTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS CORP., X.AI HOLDINGS CORP., ELON MUSK, Does,<br><br>Defendants. | Case No. 3:25-cv-09501-PHK<br><br>**UNOPPOSED MOTION FOR RELIEF FROM CASE MANAGEMENT CALENDAR** |

Pursuant to Civil Local Rule 16-2(d), Plaintiffs, by and through their attorneys, respectfully request relief from the Case Management Schedule setting a January 14, 2026 meet and confer deadline and a January 28, 2026 deadline to file a Rule 26(f) Report and Case Management Statement. Dkt. 3.

There is good cause for an extension of the deadlines. Plaintiffs have not yet effectuated service in this matter but will do so in advance of the February 2, 2026 deadline. Plaintiffs have also filed motions to intervene in a related case currently before the Ninth Circuit, and the Circuit Court's decision on intervention may affect the prosecution and ultimate resolution of the above-captioned matter.  Dkt. 58.1, *McMillian et al. v. Musk et al.*, No. 24-5045 (9th Cir. Oct. 16, 2025); Dkt. 73.1, *McMillian et al. v. Musk et al.*, No. 24-5045 (9th Cir. Nov. 14, 2025); *see also* Dkt. 152, *McMillian et al. v. Musk et al.*, No. 3:23-cv-03461-TLT (N.D. Cal. Nov. 20, 2025).

Plaintiffs respectfully submit that discussions regarding the Rule 26(f) Report and the Joint Case Management Statement would be more appropriately held after service has been effectuated and after the Ninth Circuit's resolution of the motions to intervene. Therefore, Plaintiffs respectfully request an eight-week extension on all current Case Management Schedule deadlines, in line with the table below:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Deadline to file ADR Certification | January 14, 2026 | March 11, 2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | January 14, 2026 | March 11, 2026 |
| Deadline to make initial disclosures | January 28, 2026 | March 25, 2026 |
| Deadline to file Joint Case Management Statement | January 28, 2026 | March 25, 2026 |
| Initial Case Management Conference | February 4, 2026 | April 1, 2026 |

1  Plaintiff has conferred with Counsel for Defendants X Corp, X Holdings
2  Corp., X.AI Holdings Corp., Elon Musk, and Does, who has confirmed that all
3  Defendants take no position on this motion, as they have not yet been served with
4  the complaint and summons nor entered an appearance.

DATED: December 9, 2025              Respectfully submitted,

By: */s/ Kate Mueting*
Kate Mueting (D.C. Bar No. 988177)
*Admitted pro hac vice*
kmueting@sanfordheisler.com
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
700 Pennsylvania Ave. SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206