UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| DIANA YE and BRIAN KURTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS CORP., X.AI HOLDINGS CORP., ELON MUSK, Does,<br><br>Defendants. | Case No. 3:25-cv-09501-PHK<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR RELIEF FROM CASE MANAGEMENT CALENDAR |

Upon consideration of Plaintiffs' Unopposed Motion for Relief from Case Management Calendar, it is hereby ORDERED that the motion is granted. The following deadlines apply:

| Event | New Deadline |
|---|---|
| Deadline to file ADR Certification | March 11, 2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | March 11, 2026 |
| Deadline to make initial disclosures | March 25, 2026 |
| Deadline to file Joint Case Management Statement | March 25, 2026 |
| Initial Case Management Conference | April 1, 2026 |

IT IS SO ORDERED, on this the __10__ day of ___December___, 20_25_.

_____
The Honorable Peter H. Kang
Magistrate Judge
U.S. District Court for the Northern District of California

Case No. 3:25-cv-09501-PHK
**[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR RELIEF FROM CASE MANAGEMENT CALENDAR**
2