UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DIANA YE, et al.,

               Plaintiffs,

     v.

ELON MUSK, et al.,

               Defendants.

Case No. 25-cv-09501-PHK

***SUA SPONTE* JUDICIAL REFERRAL ORDER**

Pursuant to Civil Local Rule 3-12(c), and in light of the Parties Administrative Motion to relate cases [Dkt. 16] (filed incorrectly in this, the higher numbered case), the above-captioned case is hereby **REFERRED** to the Honorable Trina L. Thompson for consideration of whether this case is related to *McMillian v. Musk et al.*, No. 3:23-cv-03461-TLT (the lower numbered case).

**IT IS SO ORDERED.**

Dated:  January 30, 2026

_____
PETER H. KANG
United States Magistrate Judge

United States District Court
Northern District of California