**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANA YE, JAMES BRIAN KURTZ, and TUSHAR BHUSHAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, X.AI HOLDINGS CORP., ELON MUSK, and DOES,<br><br>    Defendants | Case No. 3:25-cv-09501-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br><br>Judge:  Trina L. Thompson |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. 3:25-cv-09501-TLT

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendants X Corporation, X Holdings Corporation, X.AI Holdings Corporation, and Elon Musk (together, "Defendants") moved to dismiss Plaintiffs' Amended Complaint in its entirety and with prejudice in the above-referenced matter (the "Motion").  Having considered the papers submitted in support of and in opposition to the Motion, as well as counsel's arguments in connection therewith, the Court hereby orders as follows:

**IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED**.  Plaintiffs' Amended Complaint is dismissed in its entirety and with prejudice.

Dated: _____          _____

Hon. Trina L. Thompson
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1          Case No. 3:25-cv-09501-TLT

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT