Kate Mueting (D.C. Bar No. 988177)*
Dacey Romberg (D.C. Bar No. 90003767)*
Shannon Henris (D.C. Bar No. 90017882)*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com
dromberg@sanfordheisler.com
shenris@sanfordheisler.com

Charles Field (CA Bar No. 189817)
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
cfield@sanfordheisler.com

Kristi Stahnke McGregor (GA Bar No. 674012)*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

Susannah R. Cohen (NY Bar No. 6048102)*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
17 State Street, 37th Floor
New York, NY 10004
Telephone: (646) 402-5646
scohen@sanfordheisler.com

*Attorneys for Plaintiffs Diana Ye, James Brian Kurtz, and Tushar Bhushan, on behalf of themselves and all others similarly situated*

Ashlee N. Cherry (CA Bar No. 312731)
ashlee.cherry@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
1400 Page Mill Road
Palo Alto, CA 94304
Tel: 650.843.7745

Eric Meckley (CA Bar No. 168181)
eric.meckley@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
600 Montgomery Street, Suite 2300
San Francisco, CA 94111
Tel: 415.442.1013

Melissa Hill (*pro hac vice*)
melissa.hill@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000

Sean K. McMahan (*pro hac vice*)
sean.mcmahan@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201
Tel: 214.466.4000

Jared R. Killeen (*pro hac vice*)
jared.killeen@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
2222 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000

*Attorneys for Defendants X Corp., f/k/a/ Twitter, Inc., X Holdings Corp., X.AI Holdings Corp., Elon Musk, and Does*

*admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTHERN CALIFORNIA**
**SAN FRANCISCO DIVISION**

DIANA YE, JAMES BRIAN KURTZ, and TUSHAR BHUSHAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

X CORP., f/k/a/ TWITTER, INC., X HOLDINGS CORP., X.AI HOLDINGS CORP., ELON MUSK, and DOES,

Defendants.

Case No. 3:25-cv-9501-TLT

**JOINT STATUS REPORT REGARDING MEDIATION**

Hon. Trina L. Thompson

Pursuant to the Court's Amended Case Management and Scheduling Order of June 5, 2026, (Dkt. 53), Plaintiffs Diana Ye, James Brian Kurtz, and Tushar Bhushan, and the potential class (collectively, "Plaintiffs") and Defendants X Corp. (formerly known as "Twitter"), X Holdings Corp., X.AI Holdings Corp., Elon Musk, and Does (collectively, "Defendants"), by and through their undersigned counsel, hereby submit the following Joint Status Report:

As communicated to the Court in the June 2, 2026, Joint Report of Scheduled Mediation (Dkt. 52), the parties have scheduled a mediation for September 28, 2026, with Hunter Hughes of

Hunter ADR. The parties are currently preparing to participate in productive settlement negotiations and will file another joint status report in advance of the October 9, 2026, deadline for completion of private ADR.

DATED: August 27, 2026

Respectfully submitted,

*/s/ Melissa D. Hill*

Ashlee N. Cherry (CA Bar No. 312731)
Eric Meckley (CA Bar No. 168181)
Melissa D. Hill
Jared R. Killeen
Sean K. McMahan
**MORGAN, LEWIS & BOCKIUS LLP**
ashlee.cherry@morganlewis.com
eric.meckley@morganlewis.com
melissa.hill@morganlewis.com
jared.killeen@morganlewis.com
sean.mcmahan@morganlewis.com

*Attorneys for Defendants X Corp., f/k/a/ Twitter, Inc., X Holdings Corp., X.AI Holdings Corp., Elon Musk, and Does*

*/s/ Kate Mueting*

Kate Mueting (D.C. Bar No. 988177)*
Dacey Romberg (D.C. Bar No. 90003767)*
Shannon Henris (D.C. Bar No. 90017882)*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com
dromberg@sanfordheisler.com
shenris@sanfordheisler.com

Charles Field (CA Bar No. 189817)
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
cfield@sanfordheisler.com

Kristi Stahnke McGregor (GA Bar No. 674012)*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

Susannah R. Cohen (NY Bar No. 6048102)*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
17 State Street, 37th Floor
New York, NY 10004

Telephone: (646) 402-5646
scohen@sanfordheisler.com

*Attorneys for Plaintiffs*
*and the Potential Class*